Jacob JENKINS, Appellant,

v.

The STATE of Texas, Appellee.

No. 29743.

Court of Criminal Appeals of Texas.

April 16, 1958.

C. C. Divine, Houston, for appellant.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

The offense is the sale of whiskey on Sunday; the punishment, a fine of $100.

The record contains no statement of facts or formal bills of exception.

Appellant here relies on the same contention presented in Jenkins v. State, 312 S.W. 2d 254. Our decision there controls the disposition of this cause.

The judgment is affirmed.

Opinion approved by the Court.

Jacob JENKINS, Appellant,

v.

The STATE of Texas, Appellee.

No. 29744.

Court of Criminal Appeals of Texas.

April 16, 1958.

C. C. Divine, Houston, for appellant.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin for the State.

BELCHER, Commissioner.

Appellant was convicted under Art. 666–4(a), Vernon's Ann.P.C., for the sale of liquor in a wet area without a permit; the punishment was assessed at one day in jail.

The record contains no statement of facts or formal bills of exception.

Appellant here relies on the same contention urged in Jenkins v. State, 312 S.W.2d 254. Our decision there controls the disposition of this cause.

The judgment is affirmed.

Opinion approved by the Court.